Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>JOSE E. GUTIERREZ-BAUTISTA,<br><br>and<br><br>MAYRA E. GUTIERREZ,<br><br>Debtors. | Chapter 13<br><br>Case No. 2-23-bk-07387-MCW<br><br>**TRUSTEE'S RECOMMENDATION**<br><br>Deadline is February 26, 2024 |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs.

The Trustee notes the following issues, which must be resolved before recommending confirmation of the Plan:

(1) The Arizona Department of Revenue has filed an objection to the Plan. The attorney for the Debtor(s) must notify the Trustee if the objection has been resolved or, if the objection is unresolved, file the appropriate motion to get the Court to hold a hearing on the objection. Unless the creditor withdraws the objection or the Court overrules the objection, the creditor or creditor's attorney must endorse the proposed order confirming the plan. If resolution of the objection changes Plan funding requirements, the Trustee requires receipt of a new Plan analysis with any proposed order confirming the Plan. If a motion is filed to get a hearing before the Court, the time to submit a proposed Order confirming the Plan to the Trustee is extended.

(2) The proofs of claim filed by Quantum3 Group LLC and Purchasing Power, LLC are not

provided for by the Plan. The Debtors must resolve the discrepancies before the Trustee recommends confirmation of the Plan. As to each claim, the Trustee requires that the Debtor(s): (a) file an objection to the claim (if the debt is believed to be unsecured; (b) notify the Trustee **in writing** that the claim issue has been resolved and the holder of the claim will endorse the order confirming the Plan; (c) notify the Trustee **in writing** that the order confirming the Plan will provide for full payment of the claim; or (d) timely file an amended Plan to provide for some or all payment on the claim. If resolution of the claims changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan. If one or more objections to the proofs of claim is timely filed by the Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days after substantive completion of the last objection.

(3) The Order confirming must state "Shellpoint Mortgage Servicing, secured by a first deed of trust in the Debtor residence located at 10486 N. 73rd Dr., Peoria, AZ 85345, shall be paid $1,945.42 for pre-petition mortgage arrears with 0% interest. Regular post-petition payments, including all post-petition mortgage fees, expenses and charges, shall be paid directly by Debtors to the secured creditor."

(4) **Plan payment status:** Debtors plan payments are past due in the amount of $2,600.00 with an additional payment coming due February 16, 2024. Debtor's remittance in the total amount of $3,900.00 must be received in the Trustee's office not later than February 26, 2024.

SUMMARY: Pursuant to Local Rule 2084-10(b), by February 26, 2024, Debtors are to resolve all of the above issues and provide the Trustee with a proposed order confirming plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and

- 2 -

obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Copy mailed or emailed to:

JOSE E. GUTIERREZ-BAUTISTA
MAYRA E. GUTIERREZ
10486 NORTH 73RD DRIVE
PEORIA, AZ 85345
GUTIERREZJOSE566@GMAIL.COM

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL 60076-2780
DOCUMENTS@PHXFRESHSTART.COM

_____
*jmorales@ch13bk.com*

- 3 -