Daniel A. Ross, Esq.
HILL WALLACK LLP
21 ROSZEL ROAD
21 Roszel Road
Princeton, NJ 08540
Telephone: (609) 734-3903
dross@hillwallack.com
Attorneys for Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Mayra E Gutierrez and Jose E Gutierrez-Bautista,<br><br>          Debtors. | Case No. 2:23-bk-07387-MCW<br>Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br><br>          Movant,<br>v.<br><br>Mayra E Gutierrez and Jose E Gutierrez-Bautista, Debtors; and Russell Brown, Trustee<br><br>          Respondents. | **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND REQUIREMENT TO FILE**<br><br>Re: Real Property located at<br>10486 N 73rd Dr., Peoria, AZ 85345 |

Russell Brown
Chapter 13 Trustee
3838 N Central Ave, Ste 800
Phoenix, Az 85012-1965
*Trustee*

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, Il 60076-2780
*Debtor's Attorney*

Mayra E Gutierrez
10486 N 73rd Drive
Peoria, Az 85345
*Debtor*

Jose E Gutierrez-Bautista
10486 N 73rd Drive
Peoria, Az 85345
*Joint Debtor*

**NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief from the Automatic Stay, the details of which are as follows:

Movant has requested termination of the stay in that Debtors is in default on a lien secured by real property described as follows: 10486 N 73rd Dr., Peoria, AZ 85345.

**FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001, if no written objection is filed with the Court and a copy served on Movant, whose address is:

> NewRez LLC d/b/a Shellpoint Mortgage Servicing
> c/o Daniel A. Ross, Esq.
> Hill Wallack LLP
> 21 Roszel Road
> Princeton, NJ 08540

**WITHIN FOURTEEN (14) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. Movant's proposed form of Order is attached hereto.

DATED: March 13, 2024

/s/ Daniel A. Ross, Esq.
Daniel A. Ross
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08540
609-734-3903
dross@hillwallack.com
Attorneys for Movant

ORIGINAL e-filed by ECF
and copies mailed this 13th day of
March, 2024, to:


Russell Brown
Chapter 13 Trustee
3838 N Central Ave, Ste 800
Phoenix, Az 85012-1965
*Trustee*

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
*U.S. Trustee*

Thomas Adams Mcavity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, Il 60076-2780
*Debtor's Attorney*

Mayra E Gutierrez
10486 N 73rd Drive
Peoria, Az 85345
*Debtor*

Jose E Gutierrez-Bautista
10486 N 73rd Drive
Peoria, Az 85345
*Joint Debtor*

*/s/  Daniel A. Ross*